**10 CV 9336 ORIG...**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED JAN - 4 2010 S.D. OF N.Y.

| | |
|---|---|
| TORY BURCH LLC; RIVER LIGHT V, L.P.<br><br>Plaintiff,<br><br>v.<br><br>YONG SHENG INTERNATIONAL TRADE CO., LTD; CONGDADA PENA; BINGFENG QUI; LI YAXIACHAI; LI BIN et al.<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>[PROPOSED] ORDER TO SEAL FILE<br><br>[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

Upon consideration of the above-named Plaintiffs' Application for an Order to File Motion Under Seal, it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with Plaintiffs' *ex parte* Application for a Temporary Restraining Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction under seal pending further order of the Court.

DATED this 14 day of December, 2010.

Hour: 4:35 a.m/p.m.

UNITED STATES DISTRICT COURT

By: _____
United States District Judge