# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TORY BURCH LLC; RIVER LIGHT V, L.P. | § § § | |
| Plaintiffs | § | |
| v. | § § | CIVIL ACTION NO. _____ |
| YONG SHENG INTERNATIONAL TRADE CO., LTD; CONGDADA PENA; BINGFENG QUI; LI YAXIACHAI; LI BIN; et al. | § § § § | |
| Defendants. | § § | **[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]** |

---

**DECLARATION OF YING FREY IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ORDER TO DISABLE CERTAIN WEB SITES, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

---

YING FREY, under penalty of perjury, declares and says:

1.      I am a paralegal with the law firm Greenberg Traurig, LLP ("GT") in GT's Chicago Office located at Greenberg Traurig, LLP,  77 West Wacker Drive, Suite 3100, Chicago, IL 60601.  I was born in Yantai, China and I lived in China until I was 27 years old.  I am fluent in Mandarin and English.

2.      I was asked by my colleague at GT, Scott Gelin, to review and attempt to make informal translations of certain shipping labels written in  Chinese and in Chinese characters that he provided to me.  Copies of these labels are attached to my declaration as <u>Exhibit A</u>.  My translations are as follows:

3.      For the label identified as coming from discounttoryburch.com, the sender is identified as Miss Chen.  The Chinese writing translates to "China Fujian Province Putian." There is no address.

4.      For the label identified as coming from Fashion866 Trade Co, the Chinese writing translates to "Shanghai Xingneng Hanjie Limited Company." There is no address.

5.      For the label identified as coming from freeshippinghandbag.com, the Chinese writing translates to "Guangzhou Hantong Shangwu Fuwu Limited Company, No 3 Ronghu Nan Yuexiu District, Guangzhou, China."

6.      For the label identified as coming from toryburchstores.com, the Chinese writing translates to "Ziyao Denju Limited Company, Shunmin Branch Company" with no other address information provided.

7.      For the label identified as coming from louboutintime.com, the Chinese writing translates to "Shanghai Ganhong Trade Co. Ltd." with no other address information provided.

8.      For the label identified as coming from toryburchofficial.com, the Chinese writing translates to "DengQiang" as the name of the sender.  The parts of the address in English are "Changsha China" and "Dong Biao Trade Company." There is no other address information provided.

9.      For the label identified as coming from toryburchbrand.com, the Chinese writing translates to "Wang Fengyung" as the name of the sender, "Putian, China," as the company and "Putian City, Hanjiang District Handong Jiedao Ban Zuobo Weiyuan Hui 7." Based on my understanding of addresses in China, this address makes no sense to me because it is incomplete and does not look like an address..

10.     For the label identified as coming from name-brand-online.com, the Chinese writing translates to "Li Chunyu" as the name of the sender, "Putian" as the name of the city and "Putian Shi Hanjiang Qu Wutang Zhen Wushi Mu Heguan Moju" as the address. Based on my understanding of addresses in China, this address makes no sense to me because it is incomplete and does not look like an address.  This sender has not filled in any information in for company name.

11.     For the label identified as coming from toryburchbest.com, the Chinese writing translates to "Jiaozhen" as the sender and "Yuhong Zhanshan No 5" as the address.

Based on my understanding of addresses in China, this address makes no sense to me because it is incomplete.  This sender has not filled in any information in for company name.

12.      For the label identified as coming from maiditrade.com, "135 Zhong Shan Fu Wen East Road Buiding, NO. 110" as the address.  The company's name is "Da Zhong". Based on my understanding of addresses in China, this address makes no sense to me because it is incomplete.

13.      For the label identified as coming from toryburch-outlet.com, the Chinese writing translates to "Zhang Wen Wu" as the sender and "No. 33 Qiandong, Yangban Village Duwei Zhen, Baiyou Xian, Putian, Fujian Province, China" as the address.  This sender has not filled in any information in for the company name.


 I declare to the best of my knowledge that the foregoing is true and correct.  Executed in Chicago, Illinois on December 16, 2010.

YING FREY

**<u>EXHIBIT A</u>**



Shipping Label from "Tory Burch" product purchased from discounttoryburch.com



Shipping Label from "Tory Burch" product purchase from Fashion866 Trade Co.



Shipping Label from "Tory Burch" product purchased from freeshippinghandbag.com



Shiping Label from "Tory Burch" product purchased from toryburchstores.com

Shipping Label from "Tory Burch" product purchased from louboutintime.com

Shipping Label from "Tory Burch" product purchased from toryburchofficial.com



Shipping Label from "Tory Burch" product purchased from toryburchbrand.com



Shipping Label from "Tory Burch" product purchased from name-brand-online.com



Shipping Label from "Tory Burch" product purchased from toryburchbest.com



Shipping Label from "Tory Burch" product purchased from maiditrade.com



Shipping Label from "Tory Burch" product purchased from toryburch-outlet.com