UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TORY BURCH LLC; RIVER LIGHT V, L.P.<br><br>                    Plaintiffs,<br><br>    v.<br><br>YONG SHENG INTERNATIONAL TRADE CO., LTD; CONGDADA PENA; BINGFENG QUI; LI YAXIACHAI; LI BIN et al.<br><br>                    Defendants. | CIVIL ACTION NO. 10 Civ. 9336 (DAB) |

**CERTIFICATE OF SERVICE**

**GREENBERG TRAURIG, LLP**
**200 PARK AVENUE**
**METLIFE BUILDING**
**39TH Floor**
**NEW YORK, NY 10166**
**(212) 801-9200**

## CERTIFICATE OF SERVICE

I, Daniel Navarro, hereby certify that on December 22, 2010, the COMPLAINT; CIVIL COVER SHEET; SUMMONS; TEMPORARY RESTRAINING ORDER, ORDER TO DISABLE CERTAIN WEB SITES, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; MOTION TO SEAL FILE; ORDER GRANTING MOTION TO SEAL FILE; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER; DECLARATION OF SETH KERTZER IN SUPPORT OF PLAINTIFFS' APPLICATION; DECLARATION OF AMANDA SACHS IN SUPPORT OF PLAINTIFFS' APPLICATION; DECLARATION OF MATTHEW HEWLETT IN SUPPORT OF PLAINTIFFS' APPLICATION; DECLARATION OF YING FREY IN SUPPORT OF PLAINTIFFS' APPLICATION; DECLARATION OF SCOTT GELIN IN SUPPORT OF PLAINTIFFS' APPLICATION; SUPPLEMENTAL DECLARATION OF MATTHEW HEWLETT IN SUPPORT OF PLAINTIFFS' APPLICATION; AND PLAINTIFFS' RULE 7.1 STATEMENT was served pursuant to Judge Batts's Court Order dated December 17, 2010, upon Defendants YONG SHENG INTERNATIONAL TRADE CO., LTD; CONGDADA PENA; BINGFENG QUI; LI YAXIACHAI; LI BIN; LINJIANPING; JACK WILSON; JIANGUO CHEN; TORYBURCH-MALL.COM; ZHUZIXIAN; BILL FISHER; ANTLEO LIN; JQ LIN; WU JUNYU; MILLION MAN d/b/a TORYBURCHOUTLETSHOP.COM; VECTO S. d/b/a TORYBURCHSALE.NET; LIDAYONG; ZHAN JIAQUIN; JIAXINTONG IMPORT & EXPORT CO. LTD d/b/a SPORTS SDFSS; KEYWHOLESALE.COM INC; YUCANG LI; FREESHIPPINGHANDBAG.COM; RUAN FA; NINE NINE TRADE; DONGWEI; LOUBOUTINTIME.COM; DYLAN d/b/a JIMMYBOOTS.COM; ONESTOP-

ONLINESHOPPING.COM; ZHONGTIAN; RAO YUZHAO d/b/a TOPSHOESTOBAGS TRADE CO. LTD.; COLO CHONG d/b/a UGGLOUBOUTIN CO, LTD; YE JUNJIE d/b/a GUIHE TRADING CO. LTD; XINLI CHEN d/b/a GUANGZHOU FASHIONPURSUE TRADE CO. LTD.; WU DONG d/b/a SPORTS SERIES TRADE CO. LTD; WHOLESALEUSLIVE.COM; JESSKI2010; CHINA SUNSHINE INTERNATIONAL TRADING CO. LTD. d/b/a NAME-BRAND-ONLINE.COM; YANG QIAO d/b/a FASHION866 TRADE CO., LTD.; CHEN JIONGYANG d/b/a FASHIONHOLIC CO. LTD.; XIAO XIANMO d/b/a XIAMEN SHINSON TRADING CO., LTD.; RIHONG LIN d/b/a JACK SMITHS; XYZ COMPANIES; and JOHN and JANE DOES (collectively, "Defendants") at the following email addresses, via registered email:

| |
|---|
| 1010236175@qq.com |
| 70290473@qq.com |
| airmaxluolin@hotmail.com |
| aizhuozhuo888@gmail.com |
| alltopbag@gmail.com |
| anthonyleolin@gmail.com |
| atopluxury@gmail.com |
| benson.jam98@gmail.com |
| bizchinapaypal@yahoo.com.cn |
| candy.dudu1213@gmail.com |
| charlesbill2008@hotmail.com |
| checkout.jp@gmail.com |
| chenyuqiu2010@hotmail.com |
| designerhandbags8@gmail.com |
| eluxuryclothing@hotmail.com |
| eluxuryclothing@hotmail.com.cn |
| fashion866@hotmail.com |
| fashionhollicz@gmail.com |
| fashionshop911@hotmail.com |
| fjgwl@yahii.com.cn |
| freeshippinghandbag@gmail.com |

| |
|---|
| gochinabisniz@yahoo.com.cn |
| gooc.lynn@gmail.com |
| guyers1@gmail.com |
| info@7discountshop.com |
| info@toryburchbag.com |
| janeonline23@gmail.com |
| jimmybootstrade@hotmail.com |
| keywholesale@gmail.com |
| keywholesale@hotmail.com |
| keywholesale@yahoo.com |
| ksrcyvffg@gmail.com |
| leesun8661@yahoo.com.cn |
| lincheryl09@yahoo.com |
| liyucang@gmail.com |
| louboutintime@hotmail.com |
| luolonghai2012@hotmail.com |
| ly12cxl@yahoo.com |
| lypwholesale@gmail.com |
| maiditrade@hotmail.com |
| marslion3@hotmail.com |
| namebrandwholesaler@hotmail.com |
| ndw4d@sine.cn |
| peak_allen@yahoo.com.cn |
| sale.uggboots@hotmail.com |
| sale@designerhandbags8.com |
| sales@toryburchstores.com |
| saletoryburchshoes@hotmail.com |
| service@toryburch-sale.com |
| shang220@hotmail.com |
| shoesservice6@gmail.com |
| shopallstore@yahoo.com.cn |
| supplytrade@hotmail.com |
| support@hotsdeal.com |
| support@toryburchsale.com |
| surfcnhk@hotmail.com |
| szum2008@126.com |
| t1250@163.com |
| terry@fallinfashion.com |
| thehouseofgucci@hotmail.com |

| |
|---|
| topshoestobags@hotmail.com |
| tory.burch@hotmail.com |
| toryburchmall@hotmail.com |
| toryburchonline@hotmail.com |
| toryburchonsale@gmail.com |
| toryburchoutletmore@gmail.com |
| toryburchsale@gmail.com |
| toryburchshop@hotmail.com |
| toryburchshops@hotmail.com |
| toryburchus@gmail.com |
| tt88times@hotmail.com |
| wangcai420@gmail.com |
| weiwei1580@hotmail.com |
| wholesaleuslive@hotmail.com |
| xdreamcart@hotmail.com |
| yourtrade@hotmail.com |
| ypdv@hotmail.com |
| zhongtiannice@hotmail.com |
| zhuolanyu0594@yahoo.com.cn |
| shoestorecn@gmail.com |
| world5625@gmail.com |

_____
DANIEL NAVARRO