```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED: 5/13/11             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TORY BURCH LLC; RIVER LIGHT V, L.P.

                   Plaintiffs

v.

YONG SHENG INTERNATIONAL TRADE CO., LTD;
CONGDADA PENA; BINGFENG QUI; LI
YAXIACHAI; LI BIN; LINJIANPING; JACK
WILSON; JIANGUO CHEN; TORYBURCH-
MALL.COM; ZHUZIXIAN; BILL FISHER; ANTLEO
LIN; JQ LIN; WU JUNYU; MILLION MAN d/b/a
TORYBURCHOUTLETSHOP.COM; VECTO S. d/b/a
TORYBURCHSALE.NET; LIDAYONG; ZHAN
JIAQUIN; JIAXINTONG IMPORT & EXPORT CO.
LTD d/b/a SPORTS SDFSS; KEYWHOLESALE.COM
INC; YUCANG LI; FREESHIPPINGHANDBAG.COM;
RUAN FA; NINE NINE TRADE; DONGWEI;
LOUBOUTINTIME.COM; DYLAN d/b/a
JIMMYBOOTS.COM; ONESTOP-
ONLINESHOPPING.COM; ZHONGTIAN; RAO
YUZHAO d/b/a TOPSHOESTOBAGS TRADE CO.
LTD.; COLO CHONG d/b/a UGGLOUBOUTIN CO,
LTD; YE JUNJIE d/b/a GUIHE TRADING CO. LTD;
XINLI CHEN d/b/a GUANGZHOU FASHIONPURSUE
TRADE CO. LTD.; WU DONG d/b/a SPORTS SERIES
TRADE CO. LTD; WHOLESALEUSLIVE.COM;
JESSKI2010; CHINA SUNSHINE INTERNATIONAL
TRADING CO. LTD. d/b/a NAME-BRAND-
ONLINE.COM; YANG QIAO d/b/a FASHION866
TRADE CO., LTD.; CHEN JIONGYANG d/b/a
FASHIONHOLIC CO. LTD.; XIAO XIANMO d/b/a
XIAMEN SHINSON TRADING CO., LTD.; RIHONG
LIN d/b/a JACK SMITHS; XYZ COMPANIES; and
JOHN and JANE DOES

                   Defendants.

Civil Action No. 10 Civ. 9336
(DAB)

---

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER

This action having been commenced by TORY BURCH LLC and RIVER LIGHT V, L.P. (collectively, "Tory Burch" or "Plaintiffs") against Defendants YONG SHENG INTERNATIONAL TRADE CO., LTD; CONGDADA PENA; BINGFENG QUI; LI YAXIACHAI; LI BIN; LINJIANPING; JACK WILSON; JIANGUO CHEN; TORYBURCH-MALL.COM; ZHUZIXIAN; BILL FISHER; ANTLEO LIN; JQ LIN; WU JUNYU; MILLION MAN d/b/a TORYBURCHOUTLETSHOP.COM; VECTO S. d/b/a TORYBURCHSALE.NET; LIDAYONG; ZHAN JIAQUIN; JIAXINTONG IMPORT & EXPORT CO. LTD d/b/a SPORTS SDFSS; KEYWHOLESALE.COM INC; YUCANG LI; FREESHIPPINGHANDBAG.COM; RUAN FA; NINE NINE TRADE; DONGWEI; LOUBOUTINTIME.COM; DYLAN d/b/a JIMMYBOOTS.COM; ONESTOP-ONLINESHOPPING.COM; ZHONGTIAN; RAO YUZHAO d/b/a TOPSHOESTOBAGS TRADE CO. LTD.; COLO CHONG d/b/a UGGLOUBOUTIN CO, LTD; YE JUNJIE d/b/a GUIHE TRADING CO. LTD; XINLI CHEN d/b/a GUANGZHOU FASHIONPURSUE TRADE CO. LTD.; WU DONG d/b/a SPORTS SERIES TRADE CO. LTD; WHOLESALEUSLIVE.COM; JESSKI2010; CHINA SUNSHINE INTERNATIONAL TRADING CO. LTD. d/b/a NAME-BRAND-ONLINE.COM; YANG QIAO d/b/a FASHION866 TRADE CO., LTD.; CHEN JIONGYANG d/b/a FASHIONHOLIC CO. LTD.; XIAO XIANMO d/b/a XIAMEN SHINSON TRADING CO., LTD.; RIHONG LIN d/b/a JACK SMITHS; XYZ COMPANIES; and JOHN and JANE DOES (collectively, "Defendants") for a Temporary Restraining Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction (collectively, the "Temporary Restraining Order") pursuant to Federal Rule of Civil Procedure 65 and the Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (October 12, 1984), the

2

Anticybersquatting Consumer Protection Act of 1996, Pub. L. 104-153 (July 2, 1996), and the

Prioritizing Resources and Organization for Intellectual Property Act of 2007, H.R. 4279

(October 13, 2008) (the "Lanham Act") for the reason that Defendants are distributing, offering

for sale and/or selling, via the Internet, goods bearing counterfeit reproductions of Tory Burch's

federally registered trademarks, as listed in Tory Burch's Complaint and incorporated herein by

reference, which trademarks (collectively, the "TORY BURCH Marks") are owned and

controlled by Tory Burch and used in connection with products listed in Tory Burch's Complaint

and incorporated herein by reference (collectively, the "Tory Burch Products"); and the Court,

having reviewed the Complaint, Memorandum of Law in support of the Temporary Restraining

Order, and supporting Declarations and exhibits, issued such a Temporary Restraining Order on

December 17, 2010 and subsequently on January 4, 2011 issued an Order of Preliminary

Injunction ("Preliminary Injunction"); and

Defendants having each been properly served with the Temporary Restraining Order,

Complaint, Summons and supporting papers, including notice of the show cause hearing held on

January 4, 2011 at 11:00 a.m. in Courtroom 24B in the United States District Court for the

Southern District of New York, 500 Pearl Street, New York, NY 10007, as well as Defendants

having each been properly served with the Preliminary Injunction; and

None of the Defendants having appeared at the show cause hearing, filed a response to

Tory Burch's moving papers or otherwise appeared in this action; and

The Clerk of Court having entered a default against each Defendant on January 24, 2011;

and

Tory Burch having moved for final default judgment under Fed. R. Civ. P. 55(b) and

Tory Burch having shown, *inter alia,* the following:

3

1.      Tory Burch owns all right, title and interest in and to the TORY BURCH Marks in connection with the Tory Burch Products and the TORY BURCH Marks are valid and protectable and entitled to protection; and

2.      Defendants are manufacturing, distributing, offering for sale and/or selling counterfeit products -- including, *inter* alia, footwear, handbags and accessories -- bearing counterfeits of the TORY BURCH Marks ("Counterfeit Products") to buyers in the United States, including in this Judicial District; and

3.      Defendants are selling Counterfeit Products by operating a network of web sites ("Defendants' Infringing Web Sites") resolving at various domain names set forth in **Exhibit 1** attached hereto, including, without limitation, domain names containing the TORY BURCH Marks (the "Infringing Domain Names"); and

4.      Defendants have gone to great lengths to conceal themselves and their ill-gotten proceeds from Tory Burch's and this Court's detection including by using multiple false identities and addresses associated with their operations as well as purposely-deceptive contact information; and

5.      Defendants have disregarded the Temporary Restraining Order and Preliminary Injunction and so the Court:

HEREBY FINDS that each Defendant is liable for federal trademark counterfeiting and infringement under 15 U.S.C. §§ 1114, 1117 and cybersquatting under 15 U.S.C. § 1125(d)(1); and this Default Judgment and Permanent Injunction Order ("Permanent Injunction") is entered against each Defendant.

4

THEREFORE, IT IS HEREBY ORDERED that Defendants, their officers, agents servants and employees and any persons in active concert or participation with them are permanently enjoined and restrained from:

(i)    using the TORY BURCH Marks or any reproduction, counterfeit, copy or colorable imitation of the TORY BURCH Marks in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of Tory Burch; and

(ii)    passing off, inducing or enabling others to sell or pass off any Counterfeit Products as and for Tory Burch Products; and

(iii)    shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner footwear, handbags, apparel, accessories or other items falsely bearing the TORY BURCH Marks, or any reproduction, counterfeit, copy or colorable imitation of same; and

(iv)    utilizing the Infringing Domain Names and registering any additional domain names that use or incorporate any of the TORY BURCH Marks; and

(v)    operating and/or hosting Defendants' Infringing Web Sites; and

IT IS FURTHER ORDERED, that third parties providing services used in connection with Defendants' operations including, without limitation, Internet Service Providers ("ISP"), registries, registrars, or online third-party selling platforms including, without limitation, Alibaba.com, Tradekey.com, iOffer.com, EC21.com, Ecplaza.net and DIYtrade.com, having knowledge of this Permanent Injunction by service, actual notice or otherwise be, and are, hereby permanently enjoined from providing services to any Defendant in conjunction with any of the acts set forth in subparagraphs (i)-(v) above; and

IT IS FURTHER ORDERED, that pursuant to 15 U.S.C. § 1117(c)(2), Tory Burch is awarded maximum statutory damages for willful trademark counterfeiting of two million dollars and no cents ($2,000,000.00) against each Defendant for its counterfeiting of the TORY BURCH

Mark "TORY BURCH" and is awarded maximum statutory damages for willful trademark counterfeiting of two million dollars ($2,000,000.00) and no cents against each Defendant for its counterfeiting of the TORY BURCH Mark , for a total award of statutory damages in the amount of four million dollars and no cents ($4,000,000.00) against each Defendant; and

      IT IS FURTHER ORDERED that monies currently restrained in various Defendants' accounts held by PayPal, Inc. ("PayPal"), are hereby released to Tory Burch as partial payment of the above-mentioned damages; and

      IT IS FURTHER ORDERED that the domain names associated with the Infringing Web Sites identified above be transferred to Tory Burch's ownership and control; and

      IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, until Tory Burch has recovered the full payment of monies owed to them by any Defendant under this Permanent Injunction, in the event Tory Burch discovers new monies or accounts belonging to or controlled by any Defendant, Tory Burch shall have the ongoing authority to serve this Permanent Injunction on any party controlling or otherwise holding such accounts, including but not limited to PayPal or other merchant account providers, payment providers, or third party processors (collectively, "Account Holder"); and

      IT IS FURTHER ORDERED that Account Holder shall immediately locate and restrain all accounts belonging to or controlled by such Defendant from transferring or disposing of any money, stocks or other of such Defendant's assets, not allowing such funds to be transferred or withdrawn by such Defendant and shall provide Tory Burch with the information relating to those websites and/or accounts; and

6

IT IS FURTHER ORDERED that after thirty (30) business days following the service of this Permanent Injunction on such Defendant and Account Holder, Account Holder shall transfer all monies in the restrained accounts to Tory Burch, unless the Defendant has filed with the Court and served upon Plaintiffs' counsel a request that such monies be exempted from this Permanent Injunction; and

IT IS FURTHER ORDERED, that any Defendant may upon two (2) business days' written notice to the Court and Tory Burch's counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Permanent Injunction concerning the restriction upon transfer of such new monies or accounts belonging to or controlled by any Defendant; and

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' on-going operation of their counterfeiting activities, in the event Tory Burch identifies any new web sites ("Newly-Detected Web Sites") registered or operated by any Defendant and used in conjunction with the sale of Counterfeit Products, including such web sites utilizing domain names containing the TORY BURCH Marks or marks confusingly similar thereto, Tory Burch shall have the ongoing authority to serve this Permanent Injunction on the domain name registries and/or the individual registrars holding and/or listing one or more the domain names associated with the Newly-Detected Web Sites; and

IT IS FURTHER ORDERED that the domain name registries and/or the individual registrars holding and/or listing one or more of the domain names associated with the Newly-Detected Web Sites, within seven (7) days shall temporarily disable any domain names associated with the Newly-Detected Web Sites and make them inactive and untransferable; and

7

IT IS FURTHER ORDERED that after thirty (30) business days following the service of this Permanent Injunction, the registries and/or the individual registrars shall transfer any domain names associated with the Newly-Detected Web Sites to the ownership and control of Tory Burch, through the registrar of Tory Burch's choosing, unless the Defendant has filed with the Court and served upon Tory Burch's counsel a request that such Newly-Detected Web Sites be exempted from this Permanent Injunction or unless Tory Burch requests that such domain names associated with the Newly-Detected Web Sites be released rather than transferred; and

IT IS FURTHER ORDERED, that any Defendant may upon two (2) business days' written notice to the Court and Tory Burch's counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Permanent Injunction concerning the restriction upon transfer of such domain names associated with the Newly-Detected Web Sites belonging to or controlled by any Defendant; and

IT IS FINALLY ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Default Judgment and Permanent Injunction Order.

This is a FINAL JUDGMENT.

SIGNED this *13*<sup>th</sup> day of *May* 2011.

*Deborah A. Batts*

THE HONORABLE DEBORAH A. BATTS

**<u>EXHIBIT 1</u>**
**TO THE [PROPOSED] DEFAULT JUDGMENT AND**
**PERMANENT INJUNCTION ORDER**

| Defendants' Infringing Web Sites |
| --- |
| brandfanshome.com |
| brandslead.com |
| cheaptoryburchoutlet.com |
| cheaptoryburchs.com |
| cheaptoryburchshoes.com |
| cheap-toryburchshoes.com |
| cheaptoryburchshop.com |
| christianlouboutinmy.com |
| designerhandbags8.com |
| discounttoryburch.com |
| discount-tory-burch.com |
| discounttoryburch.org |
| discounttoryburchs.com |
| discount-toryburchshoes.com |
| Eluxuryclothing.com |
| etoryburch.com |
| etoryburchshoes.com |
| eugg.us |
| fallinfashon.com |
| fashion866.com |
| fashionpursue.com |
| fashionshop911.com |
| flatsshoesshop.com |
| Freeshippinghandbag.com |
| goodshoesbuy.com |
| handbag77.com |
| hotsaletoryburch.com |
| hotsdeal.com |
| jimmyboots.com |
| keenretail.com |
| keywholesale.com |
| keywholesaleclothing.com |
| keywholesaleinc.com |
| keywholesaleshop.com |
| likehighheels.com |
| louboutintime.com |
| lovetoryburch.com |

| |
|---|
| maiditrade.com |
| mytoryburch.net |
| name-brand-online.com |
| newtoryburch.net |
| Nikejordancenter.com |
| onestop-onlineshopping.com |
| onlytoryburch.com |
| ontoryburch.com |
| ontoryburch.net |
| outlettoryburch.com |
| pop-luxury.com |
| poptoryburch.com |
| saletoryburch.com |
| sale-toryburch.com |
| saletoryburchon.com |
| saletoryburchs.com |
| sale-toryburchshoes.com |
| shoesda.com |
| shoesonshop.net |
| shoestorecn.com |
| shoptoryburchoutlet.com |
| shoptoryburchoutlets.com |
| Thehouseofgucci.com |
| thetoryburch2011.com |
| topsaletoryburch.com |
| topshoessale.com |
| topshoestobags.com |
| tory-burch.us |
| toryburch2011.com |
| toryburch2011outlet.com |
| toryburch2u.com |
| toryburchaaa.com |
| toryburchagent.com |
| toryburchandbag.com |
| toryburchbag.com |
| tory-burch-bags.com |
| toryburchbagsonsale.com |
| toryburchbest.com |
| toryburchbooties.com |

11

| |
|---|
| toryburchbootss.com |
| toryburchbrand.com |
| toryburchbrandstore.com |
| toryburch-buy.com |
| toryburchcanada.com |
| toryburchcenter.com |
| toryburchclassic.com |
| toryburchclearance.com |
| toryburchclub.com |
| toryburchcom.com |
| toryburchcool.com |
| toryburchcoupon.com |
| toryburchdiscount.com |
| toryburches.com |
| toryburcheshop.com |
| toryburchfans.com |
| toryburchflatsoutlet.org |
| toryburchflatss.com |
| toryburchflatssale.org |
| toryburchflats-store.com |
| toryburchflipflop.com |
| toryburchhandbagshop.com |
| toryburch-home.com |
| toryburch-hot.com |
| toryburchking.com |
| toryburchlover.com |
| toryburch-mall.com |
| toryburchmalls.com |
| toryburchmy.com |
| toryburchnice.com |
| toryburchnow.com |
| toryburchofficial.com |
| toryburch-official.com |
| toryburchofficials.com |
| toryburchok.com |
| toryburchonlineshop.org |
| toryburchonsale.com |
| tory-burch-onsale.com |
| toryburchonsale.net |

| |
|---|
| toryburch-outlet.com |
| tory-burch-outlet.com |
| toryburch--outlet.com |
| toryburchoutlet.org |
| toryburch-outlet.us |
| toryburchoutlet2u.com |
| toryburchoutlet-mall.com |
| toryburchoutlets.com |
| toryburchoutlets.org |
| toryburchoutletsale.com |
| toryburchoutletshoes.com |
| toryburchoutletshop.com |
| toryburchoutlet-store.com |
| toryburchoutlett.com |
| toryburchoutletus.com |
| toryburchoutlet-us.com |
| toryburchoutletusa.com |
| toryburchoutlet--usa.com |
| toryburchoutlet-usa.net |
| toryburchphilippines.com |
| toryburch-retail.com |
| toryburch-retailshop.com |
| toryburchreva.net |
| toryburch-revaflats.com |
| toryburchrevaflats.org |
| toryburchrevaoutlet.com |
| tory-burch-revas.com |
| toryburchs.com |
| toryburchs.us |
| toryburch-sale.com |
| tory-burch-sale.com |
| toryburchsale.net |
| toryburch-sale.net |
| tory-burch-sale.net |
| toryburchsale.org |
| toryburchsale.us |
| toryburchsale4u.net |
| toryburchsalenice.com |
| toryburchsaleonline.com |

13

| |
|---|
| toryburch-saleonline.com |
| toryburchsale-outlet.com |
| toryburchsaler.com |
| toryburch-saler.com |
| toryburchsaler.net |
| toryburchsales.com |
| toryburchsales.net |
| toryburchsaleshoes.com |
| toryburchsale-shoes.com |
| toryburchsaleshoes.net |
| toryburchsale-shop.com |
| toryburchsalesite.com |
| toryburchsalet.com |
| toryburchsell.com |
| toryburch-shoe.com |
| toryburchshoeonsale.com |
| toryburch-shoes.us |
| toryburchshoesale.com |
| toryburchshoesclearance.org |
| toryburchshoese.com |
| toryburchshoes-flats.com |
| toryburchshoesol.com |
| toryburchshoes-online.com |
| toryburchshoesonsale.com |
| toryburchshoes-onsale.com |
| toryburchshoesoutlet.com |
| toryburchshoes-outlet.com |
| toryburchshoesoutlet.net |
| toryburchshoesoutlet.us |
| toryburchshoes-outlets.com |
| toryburchshoesoutlets.com |
| toryburchshoes-sale.com |
| toryburchshoessale.net |
| toryburchshoessaler.net |
| toryburchshoessite.com |
| toryburchshoessite.net |
| toryburchshoesstore.com |
| toryburchshoestrade.com |
| toryburchshoesusa.com |

| |
|---|
| toryburchshoeswholesale.net |
| toryburchshop.us |
| toryburchshops.com |
| toryburchsoutlet.com |
| toryburchsoutlets.com |
| toryburchsoutlets.net |
| toryburchsoutlets.org |
| toryburchs-sale.com |
| toryburchssales.com |
| toryburchsshoe.com |
| toryburch-store.com |
| toryburchstores.com |
| toryburchstoreus.com |
| toryburchstoreus.org |
| toryburchsupply.com |
| toryburchtimes.com |
| toryburchto.com |
| toryburchtop.com |
| toryburchtopsale.com |
| toryburchtradeonline.com |
| toryburchuk.com |
| toryburchus.com |
| toryburch-us.com |
| toryburch-usa.com |
| toryburchwholesale.com |
| toryburchworlds.com |
| toryburch-x.com |
| toryburchyes.com |
| toryburchzone.com |
| toryshoes.com |
| turyburchstores.com |
| uggbootsell.net |
| uggjordanghd.com |
| ugglouboutin.com |
| usa-toryburchhandbag.com |
| usa-toryburchoutlet.com |
| ustoryburchshoes.com |
| us-toryburchshoes.com |
| wholesale-go.com |

16