USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TORY BURCH LLC; RIVER LIGHT V, L.P.

            Plaintiffs

v.

YONG SHENG INTERNATIONAL TRADE CO., LTD; CONGDADA PENA; BINGFENG QUI; LI YAXIACHAI; LI BIN; LINJIANPING; JACK WILSON; JIANGUO CHEN; TORYBURCH-MALL.COM; ZHUZIXIAN; BILL FISHER; ANTLEO LIN; JQ LIN; WU JUNYU; MILLION MAN d/b/a TORYBURCHOUTLETSHOP.COM; VECTO S. d/b/a TORYBURCHSALE.NET; LIDAYONG; ZHAN JIAQUIN; JIAXINTONG IMPORT & EXPORT CO. LTD d/b/a SPORTS SDFSS; KEYWHOLESALE.COM INC; YUCANG LI; FREESHIPPINGHANDBAG.COM; RUAN FA; NINE NINE TRADE; DONGWEI; LOUBOUTINTIME.COM; DYLAN d/b/a JIMMYBOOTS.COM; ONESTOP-ONLINESHOPPING.COM; ZHONGTIAN; RAO YUZHAO d/b/a TOPSHOESTOBAGS TRADE CO. LTD.; COLO CHONG d/b/a UGGLOUBOUTIN CO, LTD; YE JUNJIE d/b/a GUIHE TRADING CO. LTD; XINLI CHEN d/b/a GUANGZHOU FASHIONPURSUE TRADE CO. LTD.; WU DONG d/b/a SPORTS SERIES TRADE CO. LTD; WHOLESALEUSLIVE.COM; JESSKI2010; CHINA SUNSHINE INTERNATIONAL TRADING CO. LTD. d/b/a NAME-BRAND-ONLINE.COM; YANG QIAO d/b/a FASHION866 TRADE CO., LTD.; CHEN JIONGYANG d/b/a FASHIONHOLIC CO. LTD.; XIAO XIANMO d/b/a XIAMEN SHINSON TRADING CO., LTD.; RIHONG LIN d/b/a JACK SMITHS; XYZ COMPANIES; and JOHN and JANE DOES

            Defendants.

Civil Action No. 10 Civ. 9336 (DAB)

**[PROPOSED] FIFTH SUPPLEMENTAL ORDER TO DISABLE AND TRANSFER DEFENDANTS' NEWLY-DETECTED WEB SITES**

This action having been commenced by TORY BURCH LLC and RIVER LIGHT V, L.P. (collectively, "Tory Burch" or "Plaintiffs") against Defendants YONG SHENG INTERNATIONAL TRADE CO., LTD; CONGDADA PENA; BINGFENG QUI; LI YAXIACHAI; LI BIN; LINJIANPING; JACK WILSON; JIANGUO CHEN; TORYBURCH-MALL.COM; ZHUZIXIAN; BILL FISHER; ANTLEO LIN; JQ LIN; WU JUNYU; MILLION MAN d/b/a TORYBURCHOUTLETSHOP.COM; VECTO S. d/b/a TORYBURCHSALE.NET; LIDAYONG; ZHAN JIAQUIN; JIAXINTONG IMPORT & EXPORT CO. LTD d/b/a SPORTS SDFSS; KEYWHOLESALE.COM INC; YUCANG LI; FREESHIPPINGHANDBAG.COM; RUAN FA; NINE NINE TRADE; DONGWEI; LOUBOUTINTIME.COM; DYLAN d/b/a JIMMYBOOTS.COM; ONESTOP-ONLINESHOPPING.COM; ZHONGTIAN; RAO YUZHAO d/b/a TOPSHOESTOBAGS TRADE CO. LTD.; COLO CHONG d/b/a UGGLOUBOUTIN CO, LTD; YE JUNJIE d/b/a GUIHE TRADING CO. LTD; XINLI CHEN d/b/a GUANGZHOU FASHIONPURSUE TRADE CO. LTD.; WU DONG d/b/a SPORTS SERIES TRADE CO. LTD; WHOLESALEUSLIVE.COM; JESSKI2010; CHINA SUNSHINE INTERNATIONAL TRADING CO. LTD. d/b/a NAME-BRAND-ONLINE.COM; YANG QIAO d/b/a FASHION866 TRADE CO., LTD.; CHEN JIONGYANG d/b/a FASHIONHOLIC CO. LTD.; XIAO XIANMO d/b/a XIAMEN SHINSON TRADING CO., LTD.; RIHONG LIN d/b/a JACK SMITHS; XYZ COMPANIES; and JOHN and JANE DOES (collectively, "Defendants") for trademark infringement, trademark counterfeiting and cybersquatting pursuant to Federal Rule of Civil Procedure 65 and the Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq.*, for the reason that Defendants were distributing, offering for sale and selling, via the Internet on certain "rogue" web sites ("Defendants' Infringing Web Sites"), including web sites located at domain names containing Tory Burch's trademarks ("Infringing Domain Names"), goods bearing counterfeit reproductions of Tory Burch's federally registered trademarks, as listed in Tory Burch's Complaint and incorporated herein by reference (collectively, the "TORY

BURCH Marks"), which marks are used in connection with genuine Tory Burch footwear, handbags, accessories, apparel and other goods (collectively, the "Tory Burch Products"); and

This Court having entered, upon a showing by Tory Burch, a Temporary Restraining Order, Seizure Order, Asset Restraining Order, Domain Name Transfer Order, Order to Show Cause for a Preliminary Injunction, on December 17, 2010, an Order of Preliminary Injunction on January 4, 2011 and a Default Judgment and Permanent Injunction Order ("Default Judgment and Permanent Injunction") on May 13, 2011; and

This Court having found in the Default Judgment and Permanent Injunction that Defendants are liable for federal trademark counterfeiting and infringement under 15 U.S.C. § 1114 and cybersquatting under 15 U.S.C. § 1125(d)(1) and having ordered that Defendants are permanently enjoined and restrained from, *inter alia*, the following:

> (i) using the TORY BURCH Marks or any reproduction, counterfeit, copy or colorable imitation of the TORY BURCH Marks in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of Tory Burch; and
>
> (ii) utilizing the Infringing Domain Names and registering any additional domain names that use or incorporate any of the TORY BURCH Marks; and
>
> (iii) operating and/or hosting Defendants' Infringing Web Sites; and

This Court having entered, upon a showing by Tory Burch, a Supplemental Order to Disable and Transfer Defendants' Newly-Detected Web Sites on December 14, 2011; a Second Supplemental Order to Disable and Transfer Defendants' Newly-Detected Web Sites on January 25, 2012; a Third Supplemental Order to Disable and Transfer Defendants' Newly-Detected Web Sites on April 11, 2012; and a Fourth Supplemental Order to Disable and Transfer Defendants' Newly-Detected Web Sites on June 20, 2012; and

Tory Burch having moved for a Fifth Supplemental Order to Disable and Transfer Defendants' Newly-Detected Web Sites ("Fifth Supplemental Order") and having shown the following:

1. Defendants have disregarded the Default Judgment and Permanent Injunction by continuing to sell Counterfeit Products at newly-discovered Defendants' Infringing Web Sites ("Newly-Detected Web Sites"), including those listed in **Exhibit 1** attached hereto; and

2. Defendants have continued, in bad faith, to register additional Infringing Domain Names that use and incorporate the TORY BURCH Marks at which they have located many of the Newly-Detected Web Sites; and

3. Tory Burch will continue to suffer irreparable harm without the entry of this Fifth Supplemental Order.

THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Newly-Detected Web Sites listed in **Exhibit 1** to this Fifth Supplemental Order are hereby recognized to be "Newly-Detected Web Sites" as defined in the Default Judgment and Permanent Injunction; and

2. All provisions of this Court's Default Judgment and Permanent Injunction shall apply to Defendants' Newly-Detected Web Sites listed in **Exhibit 1** to this Fifth Supplemental Order, including, but not limited to, the following provisions:

> IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' on-going operation of their counterfeiting activities, in the event Tory Burch identifies any new web sites ("Newly-Detected Web Sites") registered or operated by any Defendant and used in conjunction with the sale of Counterfeit Products, including such web sites utilizing domain names containing the TORY BURCH Marks or marks confusingly similar thereto, Tory Burch shall have the ongoing authority to serve this Permanent Injunction on the domain name registries and/or the individual registrars holding and/or listing one or more the domain names associated with the Newly-Detected Web Sites; and

IT IS FURTHER ORDERED that the domain name registries and/or the individual registrars holding and/or listing one or more of the domain names associated with the Newly-Detected Web Sites, within seven (7) days shall temporarily disable any domain names associated with the Newly-Detected Web Sites and make them inactive and untransferable; and

IT IS FURTHER ORDERED that after thirty (30) business days following the service of this Permanent Injunction, the registries and/or the individual registrars shall transfer any domain names associated with the Newly-Detected Web Sites to the ownership and control of Tory Burch, through the registrar of Tory Burch's choosing, unless the Defendant has filed with the Court and served upon Tory Burch's counsel a request that such Newly-Detected Web Sites be exempted from this Permanent Injunction or unless Tory Burch requests that such domain names associated with the Newly-Detected Web Sites be released rather than transferred; and

IT IS FURTHER ORDERED, that any Defendant may upon two (2) business days' written notice to the Court and Tory Burch's counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Permanent Injunction concerning the restriction upon transfer of such domain names associated with the Newly-Detected Web Sites belonging to or controlled by any Defendant; and

(Default Judgment and Permanent Injunction at pages 7-8.)

AND IT IS FURTHER ORDERED that, except as modified herein, all provisions of the Default Judgment and Permanent Injunction issued by this Court on May 13, 2011 shall remain in full force and effect; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Fifth Supplemental Order.

SO ORDERED:

Signed this 9th day of August 2012.

THE HONORABLE DEBORAH A. BATTS

# **EXHIBIT 1**

| New Infringing Website |
| --- |
| zhsoo.com |
| zeal-replica.com |
| yslstoreoutlet.com |
| ysl-shoes.info |
| womenshoesoutletonline.com |
| womenshandbagsshop.com |
| win-wintrade.net |
| wholesaletous.com |
| wholesalestart.com |
| wholesaleshops.org |
| wholesale-purses-bags.com |
| wholesale-e.com |
| wholesalecute.net |
| wholesalechine.com |
| wholesalechinastore.com |
| wholesalechinamarket.com |
| wholesalechinahandbags.com |
| wholesalecheap.net |
| wholesaleblue.com |
| wholesale07.com |
| vogueplazas.com |
| ustoryburchsale.org |
| us-toryburch.org |
| ustoryburch.org |
| usclknockoffs.com |
| usatoryburchoutletshop.com |
| usaoutletoryburch.com |
| us.toryburchoutletxx.com |
| us.toryburchoutletk.net |
| unionkicks.com |
| trianglekey.com |
| torysburchsoutlets.com |
| toryoutletus.com |
| tory-burch-wedges.info |
| toryburchwalletsale.org |
| toryburchusasale.com |
| toryburchusales.com |
| toryburch-us.org |
| tory-burch-us.info |
| toryburchukstore.com |
| toryburchukoutlet.com |

| |
|---|
| toryburchuk.org |
| toryburchtotessale.us |
| toryburchtotes.net |
| toryburchsuppliers.com |
| toryburch-sunglasses.org |
| toryburchsummersale.com |
| toryburchstoreoutletonline.com |
| toryburchs-salesoutlet.com |
| toryburchs-saleoutlet.com |
| toryburchssaleinoutlet.net |
| toryburchssale1outlets.com |
| toryburchsrsale.com |
| toryburchsoutletdiscountsale.com |
| toryburchsoutletdiscountonline.com |
| toryburchsinshoesoutlets.com |
| toryburchshopss.com |
| tory-burch-shop.net |
| toryburchshoes-salev.com |
| toryburchshoessalesoutlet.com |
| toryburchshoes-sales.org |
| toryburch-shoes-salei.com |
| toryburchshoessale2012.com |
| toryburch-shoessale.org |
| toryburch-shoesoutlets.org |
| toryburchshoesoutletmall.com |
| toryburchshoesonlinestore.net |
| toryburchshoesonlines.com |
| toryburchshoesnordstrom.com |
| toryburchshoesmalls.com |
| tory-burchshoesi.com |
| toryburchshoeshotsale.com |
| toryburchshoeses-outlets.com |
| tory-burchshoesdiscount.com |
| toryburchshoesclearance.info |
| toryburchshoesatoutlets.com |
| toryburchshoes-2012.com |
| toryburchshoes.biz |
| toryburchs-eshop.com |
| toryburchseshop.com |
| toryburchsandalssales.com |
| toryburchsandalsoutlet.com |
| tory-burchsandals.info |

| |
|---|
| toryburchsandalmall.us |
| toryburchsamplesale2012.info |
| toryburchsale-us.org |
| toryburchsaleus.org |
| toryburch-sales.org |
| toryburchsaleoutlet.com |
| toryburchsaleflats.net |
| toryburchsaleatoutlet.com |
| toryburchsale2outlet.us |
| toryburchsale.info |
| toryburchs2012sale.com |
| toryburchs2012outletsale.com |
| toryburchs2012mall.com |
| toryburchrevasale.org |
| toryburchrevaflats.info |
| toryburchreplicashoes.org |
| toryburchreplica.org |
| toryburchrave.com |
| toryburchrainbootssale.com |
| toryburchpursesale.org |
| toryburchp.com |
| toryburchoutletxx.com |
| toryburchoutletstorex.com |
| toryburchoutletstores.us |
| toryburch-outletstores.org |
| toryburchoutletstore-online.com |
| toryburchoutletshoesus.com |
| toryburchoutlets-handbag.org |
| toryburchoutletsclearances.com |
| toryburch-outletsclearance.com |
| toryburchoutlets-cheap.net |
| toryburchoutletsalex.com |
| toryburchoutletsaleclearance.com |
| toryburchoutletsalecheap.com |
| toryburchoutletsale.us |
| toryburchoutlets4cheap.com |
| toryburchoutlets.us |
| toryburchoutlet-onlines.us |
| toryburchoutletonlines.net |
| toryburch-outlet-online.us |
| toryburch-outletonline.org |
| toryburchoutlet-online.com |

| |
|---|
| toryburchoutletnyc.net |
| toryburchoutletny.org |
| toryburchoutletk.net |
| toryburchoutlet-jp.net |
| toryburchoutletjp.com |
| toryburchoutleti.org |
| toryburchoutlethandbags.net |
| toryburchoutleteshops.com |
| toryburchoutletes-handbag.org |
| toryburchoutletes.biz |
| toryburchoutletdiscountshoes.com |
| toryburch-outletdiscount.com |
| toryburchoutletclearance.org |
| toryburchoutlet-cheapx.org |
| toryburchoutletcheaponline.com |
| toryburchoutletcanada.org |
| toryburchoutletau.com |
| toryburch-outlet.biz |
| tory-burch-on-sales.com |
| toryburch-onlinestore.com |
| toryburchonlineshops.com |
| toryburchonlineoutlets.net |
| toryburchokbuyss.com |
| toryburchokbuys360.com |
| toryburchofficialwebsite.org |
| toryburcho.com |
| toryburchnyc.org |
| toryburchnordstrom.org |
| toryburch-navi.com |
| toryburchmo.com |
| toryburchmall.biz |
| toryburchlondon.org |
| toryburchiphonecases.com |
| toryburchiphonecase.org |
| toryburchinuk.com |
| toryburchinjapan.com |
| toryburchhome.net |
| toryburchhandbagssale.com |
| toryburchhandbagsoutlet.org |
| toryburchhandbagsoulet2.com |
| toryburchhandbagsonsale.org |
| toryburchgsale.org |

| |
|---|
| toryburchflipflopsonsale.org |
| toryburchflipflop.us |
| toryburchflatstoryburchflats.com |
| toryburchflatssaleclearance.com |
| toryburchflatsoutletsales.com |
| toryburchflats-outlet.org |
| toryburchflatsonsales.com |
| toryburchflatsonlinesales.com |
| toryburchflatsonlinesale.com |
| toryburchflatshoes.org |
| toryburchflats2canada.com |
| toryburchflats.biz |
| toryburchflat.org |
| toryburch-eshops.com |
| toryburch-eshop.com |
| toryburcheshoesoutlets.com |
| toryburcheshoesoutlet.com |
| toryburchesalesoutlet.com |
| toryburchesaleoutlet.com |
| toryburchdo.com |
| toryburchclub.biz |
| toryburchbigsale.com |
| toryburchbagsoutlets.org |
| toryburchbagskutu.com |
| toryburchbagsales.com |
| toryburchbagsale.net |
| toryburchbagoutlets.com |
| toryburchbagoutlete.org |
| toryburchbag.org |
| toryburchatshoesoutlets.net |
| toryburchatshoesoutlet.net |
| toryburchashoesoutlets.net |
| toryburchashoesoutlets.com |
| toryburchasalesoutlets.com |
| toryburchasalesoutlet.com |
| toryburchasaleoutlets.com |
| toryburchasaleoutlet.com |
| toryburchall.com |
| toryburch4shoessale.com |
| toryburch360s.com |
| toryburch2012sales.com |
| toryburch2012outletsale.com |

| |
|---|
| toryburch2012mall.com |
| toryburch-2012flats.com |
| toryburch2012flats.com |
| toryburch2012eshop.com |
| tory-burch-2011.info |
| toryburch1saleoutlets.com |
| toryburch0saleoutlets.com |
| torybuchoutletshoes.com |
| tory4less.com |
| toptoryburchsoutletsale.com |
| toptoryburchsoutlet.com |
| toptoryburchoutlet.us |
| toptoryburchoutlet.net |
| toptoryburcheshops.com |
| topsaleusa.com |
| topflatshoes2u.com |
| topareplica.com |
| thetoryburchsale.net |
| tboutletonlines.com |
| supermarket-outlet.com |
| storetoryburchsoutlet.com |
| statejerseys.com |
| sohandbags2u.com |
| sjacket.com |
| sisbag.com |
| shoptoryburchjp.com |
| shoppingyourbags.com |
| shoppingguccibags.com |
| shoesforladies2012.com |
| shoes4womens.com |
| sell-christianlouboutin.net |
| salehandbagscheap.com |
| salecoachdesigner.com |
| sale-cheaphandbags.com |
| royolltd.com |
| replica-toryburch.org |
| replicahandbagsfake.org |
| redbottomheels.com |
| pursesandbagsforcheap.com |
| pursebagshop.com |
| pradaauthentic.com |
| popdesignerhandbags.com |

| |
|---|
| poless.net |
| pickyourstuffs.com |
| pickyourhandbags.com |
| picckshoes.com |
| phoenix-luxuries.com |
| paypalbags.com |
| outlet-tory-burch.org |
| outletschristianlouboutin.net |
| okhave.com |
| oftenbag.com |
| northface-outletshop.com |
| nicetradeonline.com |
| newtoryburchsale.net |
| newtoryburchoutlet2012.com |
| myhandbagsusa.com |
| mxtoryburchoutlet.com |
| mxtoryburch.com |
| monclercoatsell.com |
| michael-kors-purses.com |
| michaelkorsoutlethandbag.net |
| michaelkorshandbagsusale.com |
| michaelkorshandbagsoutleteshops.com |
| michaelkorshandbagsoutleteshop.com |
| michaelkorshandbagsaler.com |
| michaelkorsbagoutlet.net |
| meu-shoe.com |
| luxurybagonsale.com |
| lovefashiononline.com |
| louisvuittonsupply.com |
| longchampbagsonsale.net |
| korskorsoutletus.com |
| korsfactoryoutlet.com |
| korsbagscheap.com |
| kokoshoe.com |
| knockofftoryburch.org |
| knockoffsdeal.com |
| knockoffbagswholesale.com |
| join2resell.net |
| jimmychoosshoe.info |
| jimmychoosouthafrica.org |
| jimmychoodiscount.org |
| jimmychoobag.net |

list of domains

| |
|---|
| jimmy-choo8.com |
| itishandbags.com |
| ipurseshandbags.com |
| iokbags.com |
| imitationreplicahandbags.com |
| i4bag.com |
| hotcheapsales.com |
| hktoryburchhongkongstore.com |
| heelsexy.com |
| handbags-port.com |
| handbagsdiscouted.com |
| handbagscheaplv.com |
| handbagsale1.com |
| grossisteprix.com |
| good-handbags.net |
| goldroadtrade.com |
| giftpopo.com |
| ferragamooutletsale.com |
| fashiontory.us |
| fashionhandbagsclearance.com |
| faketoryburch.org |
| factorycoachoutletstore.com |
| facebookoutlets.com |
| estarnike.com |
| epopshoe.com |
| eluxurybagsales.com |
| edwhole.com |
| dooneybags.com |
| dooneyandburke.org |
| discountvuittonhandbags.com |
| discount-toryburchstore.com |
| discounttoryburchflats.net |
| discount-luxury-sotre.com |
| discount-high-heel.com |
| discountchristianlouboutins.us |
| discount2toryburch.com |
| designertoryburch.com |
| designerhandbagscheapest.org |
| designerhandbagscheapest.net |
| designerhandbagcheapest.com |
| designerdressescheap.com |
| designer-boots.org |

| |
|---|
| designerbagsonsale.org |
| designerbagsmalltrade888.com |
| designerbagsmalltrade2012.com |
| creditbagsstoretrade888.com |
| cocogc.net |
| coachspursesforcheap.net |
| coachspursesforcheap.com |
| coachoutletfake.com |
| coachbagssite.com |
| cnhermesknockoff.com |
| clothingwebstores.net |
| christianlouboutinsale--outlet.com |
| christianlouboutinme.com |
| christianlouboutinlady.com |
| chloecn.com |
| chinawholesalebags.com |
| chedaf.com |
| cheapwomenpurses.com |
| cheaptoryburchs-outlet.com |
| cheaptoryburchsoutlet.com |
| cheap-toryburchsonline.net |
| cheaptoryburchshow.com |
| cheaptoryburchsale.org |
| cheaptoryburchhandbagsus.com |
| cheaptoryburchflatsshop.com |
| cheaptoryburch-flats.org |
| cheaptoryburchflat.com |
| cheaptoryburchbags.org |
| cheap-tory-burch.com |
| cheaptoryandburch.com |
| cheaptb.com |
| cheapringonsale.com |
| cheappursesbags.com |
| cheapmarcjacobshandbag.com |
| cheap-luxury-store.info |
| cheapjerseysfreeshipping.us |
| cheaphandbagswholesaleus.com |
| cheapdesignerhandbagsa.com |
| cheapcnbag.com |
| cheapchanelshop.com |
| cheapbagswholesaleus.com |
| cheap-bagsoutlet.com |

| |
|---|
| cheapbagsalers.com |
| cheap4louisvuittonbags.com |
| catoryburchshoes.com |
| canadatoryburchshoes.net |
| buywomenhandbags.com |
| buytoryburchshoes.com |
| buyershopping.com |
| buydiscounttoryburch.us |
| burch-outlet.org |
| burchoutlet.org |
| bryantshop.com |
| brandwomenshoes.com |
| bootshighheels.com |
| blacklouboutinheels.org |
| beta2018.com |
| bestoryburchflats.com |
| bag-trader.com |
| bagswebstores.com |
| bagssale2u.com |
| bagscheapmallsale.com |
| bagscentre.org |
| bagnub.com |
| amazonpurses.com |
| aj-wholesale.org |
| aaanfljersey.com |
| 77bags.com |
| 4namebrandclothing.com |
| 4cheapbrandclothing.com |
| 4cheapbrandclothes.com |
| 4brandnameclothescheap.com |
| 21cnreplicas.com |
| 2012toryburchus.com |
| 2012toryburchsoutlet.com |
| 2012toryburchsale.com |
| 2012toryburchoutletsales.com |
| 2012toryburchoutletsale.com |
| 2012toryburchflats.com |
| 2012toryburcheshops.com |
| 2012toryburcheshop.com |
| 2012toryburch.com |
| 2012coachoutletonline.net |
| 2012christians.org |

| |
|---|
| 2011bagscentre.com |
| 200store.com |